# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In Re:  
RAELINN PEIFFER,

    Debtor.

Case No. 11-00457-jrh  
CHAPTER 7

HON. Jeffrey R. Hughes

## STIPULATION TO DISMISS

The parties, represented by their respective attorneys, hereby stipulate that an order shall enter dismissing with prejudice Raelinn Peiffer's motion to find Sundance Rental and Leasing, Inc. in contempt and to assess sanctions, and closing out this matter.

Dated:  11-10-15

/s/  Andrew L. Campbell  
Andrew L. Campbell  
Attorney for Debtor

Dated: 11-10-15

/s/   Curtis R. Hadley  
Curtis R. Hadley  
Attorney for Sundance Rental &  
Leasing Corp., Inc.

I:\Team_f\HADLEY\91715 SundanceLeasing.Peiffer\BankruptcyCourt\91715stip.dismiss.doc